```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

CHRISGINA MOLLITT                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 3:07CV437TSL-JCS

FRED'S STORES OF MISSISSIPPI, INC.                         DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 4th day of December, 2007.

                                          /s/ Tom S. Lee
                                          UNITED STATES DISTRICT JUDGE